No. 85–6558.   TINSLEY *v.* VIRGINIA.   Sup. Ct. Va.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 85–6642.   ALLEN *v.* ILLINOIS.   App. Ct. Ill., 2d Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 85–6645.   GRANDISON *v.* UNITED STATES.   C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 85–6660.   GREEN *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 85–6678.   WALKER *v.* OHIO.   Ct. App. Ohio, Stark County.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 86–5095.   KELLY *v.* UNITED STATES.   C. A. 4th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Griffith* v.' *Kentucky, ante,* p. 314.

No. 86–5198.   KIRK *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.